FANNIE DORFMAN et al., respondents,

*v.*

KALMAN LIEB et al., appellants.

[Decided May 20th, 1929.]

*Messrs. Saul & Joseph E. Cohn,* for the respondents.

*Mr. Michael G. Alenick,* for the appellants.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Backes, and reported in *102 N. J. Eq. 492.*

*For affirmance*—THE CHIEF-JUSTICE, TRENCHARD, KA-LISCH, CAMPBELL, WHITE, VAN BUSKIRK, MCGLENNON, HET-FIELD, DEAR, JJ. 9.

*For reversal*—PARKER, BLACK, LLOYD, KAYS, JJ. 4.